# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ESTEBEN ALVARADO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>G.J. JANDA, Warden,<br><br>　　　　　Respondent. | Case No. 8:13-CV-02000-BRO (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  May 18, 2016

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE